```
UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF GEORGIA
       ATLANTA DIVISION
```

| | |
|---|---|
| BEVERLY HAZELTON,<br><br>          Plaintiff,<br>     v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          Defendant. | CIVIL ACTION<br><br>NO. 1:16-CV-4298-CAP |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 28th day of November, 2017.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge